UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Notkia S Delarosa and
Kendall L Delarosa,
Debtors.

Case No. 17–27609–bhl

Chapter 13

## NOTICE OF CLAIM FILED BY DEBTOR

Pursuant to Rule 3004 of the Federal Rules of Bankruptcy Procedure, you are hereby notified that on December 20, 2017, the Debtors filed a proof of claim on behalf of City of Milwaukee totaling $11595.92.

Dated: December 20, 2017

**JANET L. MEDLOCK**
Clerk of Court

By: Anne G.
Deputy Clerk